**Dismissed and Opinion Filed July 21, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-11-01545-CV**

**BROYHILL FURNITURE INDUSTRIES, Appellant**
**V.**
**RANDY MURPHY AND DAVE SHAFFER, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-13276**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Partida-Kipness

We reinstate this appeal. In 2013, we abated this case due to Broyhill Furniture

Industries' bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent

review of the federal Public Access to Court Electronic Records (PACER) system,

which does not show a pending bankruptcy case associated with this appeal.

We notified the parties by letter, requesting they inform the Court of the status

of the bankruptcy and of this appeal. We cautioned that the failure to respond would

result in the appeal being dismissed for want of prosecution. *See id*. 42.3(b),(c). To

date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id*. 42.3(b),(c); *Brewer v. Admiral Ins. Co*., 2002 WL 31312990, at *1 (Tex. App.—Dallas Oct. 16, 2002, no writ) (per curiam) (not designated for publication).

/Robbie Partida-Kipness/

111545f.p05      ROBBIE PARTIDA-KIPNESS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

BROYHILL FURNITURE
INDUSTRIES, Appellant

No. 05-11-01545-CV          V.

RANDY MURPHY AND DAVE
SHAFFER, Appellees

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. 08-13276.
Opinion delivered by Justice Partida-Kipness. Justices Myers and Garcia
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 21st day of July, 2021.